**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SARAI DE LOS ANGELES PEREZ-TOYO,

                            Petitioner,                26 **CIVIL** 1583 (VSB)

        -against-                                      **JUDGMENT**

KENNETH GENALO, in his official capacity as
Field Office Director of New York ICE
Enforcement and Removal Operation, et al.,

                            Respondent.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated March 3, 2026, the Petition for a writ of habeas

corpus is GRANTED. Accordingly, the case is closed.

**DATED:**  New York, New York
          March 6, 2026

                             **TAMMI M. HELLWIG**
                                      _____
                                     **Clerk of Court**

              **BY:**

                                     _____
                                       **Deputy Clerk**